IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DEMONTRAY LARELL WARD, | : | |
| Plaintiff, | : | 1:17-cv-1685 |
| | : | |
| v. | : | Hon. John E. Jones III |
| | : | |
| UNITED STATES OF AMERICA, *et al.*, | : | |
| | : | |
| Defendants | : | |

## ORDER

**August 29, 2018**

NOW THEREFORE, upon consideration of the motion (Doc. 24) for summary judgment pursuant to Federal Rule of Civil Procedure 56, and in accordance with the Court's Memorandum of the same date, it is hereby ORDERED that:

1. The motion (Doc. 24) for summary judgment is DEEMED unopposed and GRANTED. The Clerk of Court is directed to ENTER judgment in favor of the United States of America and Defendants Wolfgang, Hoffa, Hartzel, Edinger, Lupold, Homes, and Ritz and against Plaintiff.

2. The complaint against Defendants Johnson and Fisher is DISMIISSED pursuant to 28 U.S.C. §1915(e)(2)(B)(ii)

3. The Clerk of Court is directed to CLOSE this case.

4. Any appeal from this order is deemed frivolous and not in good faith. *See* 28 U.S.C. § 1915(a)(3).

                                               s/ John E. Jones III
                                               John E. Jones III
                                               United States District Judge